**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>MANUEL ANDRADE-ESQUIVEL,<br><br>                              Defendant. | Case No. 2:15-cr-00313-APG-VCF<br><br>**ORDER**<br><br>**(ECF No. 75)** |

The Government has filed a motion to deny or dismiss the oral request from defendant Manuel Andrade-Equival for the return of property. (ECF No. 75).  The defendant has not responded to that motion.  Good cause appearing, the Government's motion (ECF No. 75) is granted.  The defendant's oral motion is denied.

Dated: February 13, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE